UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KATHERINE STOLZ, an individual, EDWARD STOLZ, an individual, and TERREA STOLZ, an individual, | Case No. 3:11-cv-00762-HU |
| Plaintiffs, | STIPULATED ORDER GRANTING MOTION FOR SUMMARY JUDGMENT |
| v. | |
| ONEWEST BANK, FSB a California Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation, REGIONAL TRUSTEE SERVICES CORPORATION, a Washington Corporation, and FEDERAL NATIONAL MORTGAGE ASSOCIATION, a government sponsored Enterprise, | |
| Defendants. | |

This matter came before the undersigned judge of this Court upon the stipulation of the parties as to the motion for summary judgment of defendant OneWest Bank, FSB ("OneWest"), against plaintiff Katherine Stolz's claim under the Real Estate Settlement Procedures Act

("RESPA"). The Court having reviewed the record, and being fully apprised of the premises, now therefore:

    IT IS ORDERED that OneWest's motion for summary judgment is granted and plaintiff Katherine Stolz's RESPA claim against OneWest is dismissed with prejudice.

                                                      _____
                                                      Anna J. Brown
                                                      United States District Judge

SUBMITTED BY:

LARKINS VACURA LLP

/s/ Cody Hoesly
Cody Hoesly, OSB #052860
choesly@larkinsvacura.com
William L. Larkins, Jr., OSB #812882
wlarkins@larkinsvacura.com
621 SW Morrison Street, Suite 1450
Portland, Oregon 97205
Telephone: 503-222-4424
Facsimile: 503-827-7600
Attorneys for OneWest Bank, FSB, Mortgage
Electronic Registration Systems, Inc., and
Federal National Mortgage Association


IT IS SO STIPULATED:

OLIVEROS & O'BRIEN PC

/s/ Michael D. O'Brien
Michael D. O'Brien, OSB #951056
Attorneys for Plaintiffs

LARKINS VACURA LLP

/s/ Cody Hoesly
Cody Hoesly, OSB #052860
William L. Larkins, Jr., OSB #812882
Attorneys for OneWest Bank, FSB, Mortgage
Electronic Registration Systems, Inc., and
Federal National Mortgage Association